In the Matter of the Application of the EAST RIVER GAS COMPANY OF LONG ISLAND CITY, Respondent, to Acquire Easements and Rights of Way in Certain Real Property.

THE CITY OF NEW YORK et al., Appellants.

*Matter of East River Gas Co., L. I. City,* **119** App. Div. 350, affirmed.
(Argued November 20, 1907; decided December 3, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July

11, 1907, which reversed an order of Special Term denying a motion to confirm the report of commissioners of estimate and assessment and granted such motion.

*Francis K. Pendleton,* Corporation Counsel (*Theodore Connoly* and *Thomes F. Noonan* of counsel), for the city of New York, appellant.

*William S. Jackson,* Attorney-General (*James A. Donnelly* of counsel), for State of New York, appellant.

*John A. Garver* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.